No. 485, Misc.   WARNER *v.* KENTUCKY.   Ct. App. Ky. Certiorari denied.

No. 490, Misc.   GRADDY *v.* TESSEL ET AL.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se. Martin M. Baxter* for respondent New York Medical College, Flower Fifth Avenue Hospitals.

No. 491, Misc.   MONTELLANO *v.* CALIFORNIA.   Dist. Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 492, Misc.   VICTOR *v.* INDIANA.   Sup. Ct. Ind. Certiorari denied.   *Ferdinand Samper* for petitioner. *John J. Dillon,* Attorney General of Indiana, and *John F. Davis,* Deputy Attorney General, for respondent.

No. 493, Misc.   DUNN *v.* VIRGINIA.   C. A. 4th Cir. Certiorari denied.

No. 494, Misc.   TRAVIS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 495, Misc.   JONES *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 496, Misc.   WEISS *v.* MORGENTHAU, U. S. ATTORNEY.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Marshall* for respondent.

No. 502, Misc.   COMLEY *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Marshall* for the United States.